UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

AIDA SHATMANALIEVA,  PETITIONER

v.  CIVIL ACTION NO. 4:26-cv-00117-GNS (*e-filed*)

JASON WOOSLEY, Grayson County Jailer; PAMELA BONDI, Attorney General of the United States; SAMEUL J. OLSON, Chicago Field Office Director Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director of Immigration Customs Enforcement ("ICE") U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. Department of Homeland Security,  RESPONDENTS

### ORDER

Upon joint motion of the parties to remand/cancel the hearing in this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

Greg N. Stivers, Judge
United States District Court
March 5, 2026